# In the United States Court of Federal Claims

No. 96-817T
(Filed: June 9, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
ATCHISON, TOPEKA AND
SANTA FE RAILWAY
COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties are directed to file a joint status report on or before July 9, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge