IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-817 T

(Judge Eric G. Bruggink)

ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's June 9, 2008, Order, the parties submit the following joint status report regarding the status of the Court of Federal Claims decision in *CSX Corporation v. United States*, and the review of plaintiff's settlement offer regarding the only other unresolved issue in the above-captioned case.

The Federal Circuit entered decision in *CSX* on March 6, 2008, reversing the trial court's decision that controls the above-captioned case. On May 13, 2008, the Federal Circuit denied *CSX's* petition for rehearing. CSX has until August 11, 2008, to file a petition for certiorari with the United States Supreme Court, an action which the parties feel is likely. The parties are still of the position that the outcome in *CSX* will dispose of all issues remaining in the above-captioned case, except for the issue that is the issue of plaintiff's pending settlement offer.

Defendant has requested that plaintiff provide additional information with respect to the issue involved in plaintiff's settlement offer. That information has not yet been provided. Once that information is received, defendant will be able to complete its review of plaintiff's offer. The parties propose that they file another status report in 90 days advising the Court of the status of proceedings in *CSX* and the review of plaintiff's settlement offer.

Respectfully submitted,

07/09/08
Date

s/Michael A. Clark
MICHAEL A. CLARK, ESQUIRE
Sidley & Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-2173

Attorney for Plaintiff

07/09/08
Date

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

07/09/08
Date

s/David Gustafson
Of Counsel

Attorneys for Defendant