# In the United States Court of Federal Claims

No. 96-817T
(Filed: July 16, 2008)

* * * * * * * * * * * * * * * * * * * * * *
ATCHISON, TOPEKA AND
SANTA FE RAILWAY
COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Based upon representations made in the parties' July 9, 2008 joint status report, the parties are directed to file another joint status report on or before October 7, 2008 advising the court of the status of proceedings in *CSX* and the review of plaintiff's settlement offer.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge